1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  CAROLYN B. CHEN, C.S.B.N. 256628
5  Special Assistant United States Attorney
6        Social Security Administration
         160 Spear St., Suite 800
7        San Francisco, CA  94105
8        Telephone: (415) 977-8956
         Facsimile: (415) 744-0134
9        Email: Carolyn.Chen@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IVY TARR, | ) No. CV 11-6654-MRW |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~]<br>) **ORDER OF REMAND** |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

   Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:   May 3, 2012              s/ Judge Wilner
                                  HON. MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE