JENNIFER L. CHO (State Bar No. 174664)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IVY TARR, | NO. CV 11-06654 MRW |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded in the amount of three thousand dollars and no cents ($3,000.00), subject to the provisions of the EAJA.

Dated: May 25, 2012

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE